| THE STATE OF NEW YORK | Index No.: 14 CV 6767 |
|---|---|
| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | Filed On: |

AMADOR ACEVEDO

-against-

THE CITY OF NEW YORK   et al

Affidavit of Service
**SUBSTITUTE**

---

STATE OF NEW YORK, COUNTY OF NEW YORK: WILLIAM MORRISON, being duly sworn, deposes and says that deponent is not party to this action, is over 18 years of age and resides in the State of New York.

That on 9/17/2014 at 10:05 AM at 43RD PRECINCT, DETECTIVE SQUAD, 900 FTLEY AVENUE, BRONX, NY 10473, your deponent served the COMPLAINT bearing Index # 14 CV 6767 upon P.O. RODRIGUEZ (TAX #937413), by delivering a true copy in a plain envelope marked 'personal and confidential' to a person of suitable age and discretion, to wit: PAA JONES, who verified that the intended recipient actually is employed at this location.

Your deponent describes the person so served to the best of deponent's ability at the time and circumstances of service as follows:

Gender:    Female
Skin Color:   Black
Hair Color:   Black
Approximate Age:    53 - 57
Approximate Height:   5ft 4in - 5ft 8in
Approximate Weight:    155 - 165

That on 9/19/2014, your deponent mailed a true copy of same by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 43RD PRECINCT, DETECTIVE SQUAD, 900 FTLEY AVENUE, BRONX, NY 10473 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service.

That at the time of service as aforesaid, your deponent asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply.  Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

Sworn to before me on 9/19/2014:

DENISE LOWE
Notary Public, State of New York
No. 01LO6168083
Qualified in NEW YORK County
Commission Expires 6/4/2015

WILLIAM MORRISON
NYC License # - 0870436

---

Vikrant Pawar, Esq.
20 Vesey Street, Suite 1210
New York, NY 10007
Phone: 212-571-0805
File No. ACEVEDO

RETURN TO: Nationwide Court Services, Inc.
20 VESEY ST REAR LOBBY
NEW YORK, NY 10007
DCA Lic#: 1037536 Ph: 212-349-3776
(NCS361140)SP 431612